No. 10-1028. James T. Panagos, LLC, Petitioner v. Gina Marie Houska, Personal Representative of the Estate of Jeffrey A. Houska, Deceased.

563 U.S. 937, 131 S. Ct. 2106, 179 L. Ed. 2d 893, 2011 U.S. LEXIS 3169.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of Missouri denied.

Same case below, 323 S.W.3d 29.

No. 10-1033. Dorothy M. Jarvis, et vir, Petitioners v. Lowndes County Sheriff's Department, et al.

563 U.S. 937, 131 S. Ct. 2109, 179 L. Ed. 2d 893, 2011 U.S. LEXIS 3116.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-1035. Kevin Loye, et al., Petitioners v. Dakota County, Minnesota.

563 U.S. 937, 131 S. Ct. 2111, 179 L. Ed. 2d 893, 2011 U.S. LEXIS 3009.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 625 F.3d 494.

No. 10-1046. Charles L. Bickerstaff, Petitioner v. Illinois.

563 U.S. 937, 131 S. Ct. 2112, 179 L. Ed. 2d 893, 2011 U.S. LEXIS 3026.

April 18, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, Second District, denied.

Same case below, 403 Ill. App. 3d 347, 347 Ill. Dec. 27, 941 N.E.2d 896.

No. 10-1048. Jien-Ron Zhang, Petitioner v. Eric H. Holder, Jr., Attorney General.

563 U.S. 937, 131 S. Ct. 2112, 179 L. Ed. 2d 893, 2011 U.S. LEXIS 3132.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-1067. Andy Smith, Petitioner v. Illinois.

563 U.S. 937, 131 S. Ct. 2115, 179 L. Ed. 2d 893, 2011 U.S. LEXIS 3079.

April 18, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 399 Ill. App. 3d 1223, 371 Ill. Dec. 743, 990 N.E.2d 931.

No. 10-1073. Patricia D. Cydrus, Petitioner v. Ohio Public Employees Retirement System, et al.

563 U.S. 937, 131 S. Ct. 2116, 179 L. Ed. 2d 893, 2011 U.S. LEXIS 3059.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 127 Ohio St. 3d 257, 938 N.E.2d 1028.